# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 30, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1938 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ROBERT DUNLAP,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cr-00591-1 |
| Northern District of Illinois, Eastern Division |
| District Judge LaShonda A. Hunt |

Although the defendant was represented by counsel in the district court, the defendant (or the clerk of the district court on the defendant's behalf) filed a notice of appeal pro se in this criminal action. Counsel is reminded of the obligation to represent the defendant on appeal unless specifically relieved by this court upon a motion to withdraw. See Circuit Rule 51(a) and (c).

**IT IS FURTHER ORDERED** that counsel comply with the provisions of Fed. R. App. P. 10(b) regarding the preparation of the transcripts. Counsel must file, no later than May 14, 2026, a Status Report regarding their compliance with this order. Attorney Baker is advised that a copy of the Transcript Information Sheet submitted to the court reporter must be attached to the Status Report, signed by the court reporter and indicating the date the transcripts are expected to be completed.

form name: **c7_Order_BTC**    (form ID: **178**)